UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SEAN RODNEY ORTH,<br><br>　　　　　　Petitioner,<br>v.<br><br>EIGHTH JUDICIAL DISTRICT COURT CLARK COUNTY, NEVADA, et al.,<br><br>　　　　　　Respondents. | Case No. 2:22-cv-00892-APG-DJA<br><br>**ORDER** |

　　　I HEREBY ORDER that petitioner Sean Rodney Orth's motion requesting an extension of time to file a complete application to proceed *in forma pauperis* **(ECF No. 9) is GRANTED**. Orth has until July 13, 2022 to file a complete IFP application in compliance with my previous order (ECF No. 3).  If Orth fails to comply with my previous order (ECF No. 3) by July 13, 2022, I will dismiss this action without prejudice and without further notice.

　　　Dated: July 5, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE